IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORNELL TUBBS, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| MERCK & CO., INC. | : | NO. 13-5992 |
|     Defendant | : | |

# O R D E R

**AND NOW**, this 17th day of June, 2014, upon consideration of Defendant Merck & Co., Inc.'s Motion to Dismiss (Docket No. 5) and Mr. Tubbs's response (Docket No. 8), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1